# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07CR3415-DMS |
| Plaintiff, | ) | |
| v | ) | **CERTIFICATE OF SERVICE** |
| ADAN MAGANA Jr. (2), | ) | |
| Defendant, | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**Notice of Motions**
**Motion to:** **(1) Compel Discovery**
    **(2) Join Motions**
    **(3) Grant Leave to File Further Motions**
**Memorandum of Points and Authorities**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Peter Mazza, Assistant United States Attorney

I declare under penalty of perjury that the foregoing is true and correct

Executed on January 2, 2008.

                    s/Robert C. Schlein
                    ROBERT C. SCHLEIN