1  ROBERT C. SCHLEIN
   California State Bar No. 97876
2  401 "B" Street, Suite 2209
   San Diego, CA 92101
3  Telephone: (619) 235-9026
   Email: robert@rcslaw.org
4
   *Attorney for ADAN MAGANA Jr.*
5

6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA

8                    (HONORABLE DANA M. SABRAW)

9  UNITED STATES OF AMERICA,    )    Case:  07CR3415-DMS
                                )
10          Plaintiff,           )    Date:  January 25, 2008
                                )    Time:  11:00 a.m.
11 v.                            )
                                )
12 ADAN MAGANA Jr. (2),          )    MOTIONS TO:
                                )
13          Defendant.           )    (1) COMPEL DISCOVERY;
                                )    (2) JOIN MOTIONS; and
14                              )    (3) GRANT LEAVE TO FILE FURTHER
   _____)        MOTIONS
15

16
   TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, and
17         PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY

18
                               MOTIONS
19
          Defendant, Adan MAGANA Jr., by and through his attorney, Robert C. Schlein, asks this
20
   Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other
21
   applicable statutes, case law, and local rules for an order to:
22
          (1)    Compel Discovery;
23
          (2)    Join Motions; and
24
          (3)    Grant Leave to File Further Motions.
25
   //
26
   //
27
   //
28

1  These motions are based upon the instant motions and notice of motions, the attached
2  statement of facts and memorandum of points and authorities, the files and records in the above-captioned
3  matter, and any and all other materials that may come to this Court's attention prior to or during the hearing
4  of these motions.

5                                            Respectfully submitted,

6

7  Dated: January 2, 2008                    /s/ROBERT C. SCHLEIN
                                              Robert C. Schlein
8                                             Attorney-at-Law
                                              Attorney for Defendant MAGANA
9                                             robert@rcslaw.org

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28