1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  3132 Third Ave. #101
   San Diego, CA 92103
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Martin Morales Lozano Vargas

5              **UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
6                 **(THE HON. DANA M. SABRAW)**

7  UNITED STATES OF AMERICA,    )   CASE NO.  07cr3415-DMS
           Plaintiff,            )
8                                )   DATE:  January 25, 2005
   v.                            )   TIME:  11:00 a.m.
9                                )
   MARTIN MORALES LOZANO VARGAS  )   CERTIFICATE OF SERVICE
10 (3),                          )
           Defendant.            )
11 _____)

12 **IT IS HEREBY CERTIFIED THAT:**

13     I, Holly Hanover, am a citizen of the United States and am at

14 least 18 years of age.  My business address is 3132 Third Ave.

15 #101, San Diego, CA, 92103.

16     I have cause the service of the Motion for Discovery on this

17 case.  The following recipients are currently on the list to

18 receive e-mail notices for this case and have thus been served

19 electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Norma A Aguilar | norma_aguilar@fd.org, aguilarlaw@yahoo.com, diana_sarmiento@fd.org |
| Sylvia A Baiz | sbaiz@sciti.com |
| Peter J Mazza | peter.mazza@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov |
| Robert C Schlein | robert@rcslaw.org, rschlein_2000@yahoo.com |
| Jeremy D Warren | jw@jwarrenlaw.com |

1                                                         05cr1629-L

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3  Dated:  January 11, 2008 | s/ *Holly S. Hanover* |
| 4 | **Attorney for Mr. Martin Morales Lozano Vargas** |
|   | **E-mail: Netlawyr@aol.com** |