1  NJEREMY D. WARREN
   California State Bar Number 177900
2  105 West F Street, Fourth Floor
   San Diego, California 92101
3  Tel: (619) 234-4433
   Email: jw@jwarrenlaw.com
4
5  Attorney for Mr. Lemus
6
7                    UNITED STATES DISTRICT COURT
8                  SOUTHERN DISTRICT OF CALIFORNIA
9  UNITED STATES OF AMERICA,        )    Case No. 07cr3415-DMS
                                    )
10         Plaintiff,               )
                                    )
11  v.                             )    **MOTION FOR JOINDER IN PRETRIAL**
                                    )    **MOTIONS**
12  **CHRISTIAN MARIA RODRIGUEZ,**  )
                                    )
13         Defendant.               )
                                    )
14  _____)

15       Christian Maria Rodriguez, the above-named defendant, by and through counsel, Jeremy D.

16  Warren, moves the Court for an order permitting her to join in the following pretrial motions filed by her

17  codefendants:

18       *Docket No.*      *Nature of Motion*

19       27                for discovery

20       31                A) for discovery, B) to Suppress Fruits of Unlawful Arrest

21

22                                         Respectfully submitted,

23                                         /s Jeremy D. Warren

24  Dated: January 22, 2008                JEREMY D. WARREN
                                           Attorney for Defendant Rodriguez
25

26

27

28

**PROOF OF SERVICE**

1

2

3          I declare that:

4          I am a citizen of the United States and employed in the city of San Diego, CA.  I am over

5  eighteen years of age.  My business address is 105 West F Street, Fourth Floor San Diego, CA  92101.

6          On January 22, 2008, I personally served the following documents:

7          **Motion for Joinder in Co-Defendant's Motions**

8          on the below attorneys by electronic filing:

9          Assistant United States Attorney Randy Jones

10          I declare under penalty of perjury that the foregoing is true and correct, and that this

11  declaration was executed on January 22, 2008 at San Diego, CA.

12

13                              /s Jeremy Warren

14                              _____

15                              Jeremy D. Warren

16

17

18

19

20

21

22

23

24

25

26

27

28