**NORMA A. AGUILAR**
California State Bar No. 211088
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: norma_aguilar@fd.org

Attorneys for Ms. Heredia-Vargas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3415-DMS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARGARITA HEREDIA-VARGAS, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day, using the Court's ECF system, upon Assistant United States Attorney Peter Mazza and upon Jeremy Warren, Holly Hanover, Sylvia Baiz and Robert Schlein, co-defendant counsel.

Respectfully submitted,

Dated:     February 22, 2008
/s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Attorney for Ms. Heredia-Vargas
norma_aguilar@fd.org

07CR2815-W