# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) Case No: 07-CR3415-DMS
)
MARTIN MORALES LOZANO-VARGAS )

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(XX) Ad Prosequendum           ( ) Ad Testificandum.

Name of Detainee: MARTIN MORALES LOZANO-VARGAS
Detained at (custodian): WARDEN: Smith Correctional Facility
1627 S. Hargrave St. Banning, CA 92220

Detainee is: a.) (X) charged in this district by:
  (X) Indictment    ( ) Information    ( ) Complaint
  Charging Detainee With: _____
or  b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or  b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on **March 7, 2008** at **11:00 a.m.** in the courtroom of the Honorable Dana M. Sabraw.

I hereby attest and certify on 03/06/08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

Signature: _____
Printed Name & Phone No.: PETER J. MAZZA (619) 557-5528
Attorney of Record for: UNITED STATES OF AMERICA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

### WRIT OF HABEAS CORPUS
(XX) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 3-6-08
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): Martin Lozano Vargas Morales            Male **X**   Female ☐
Booking or Fed. Reg. #: State Booking #200827529/ Fed Reg#      DOB: 3/25/82
Facility Address: WARDEN: Smith Correctional Facility           Race: H
1627 S. Hargrave St. Banning, CA 92220                          FBI #: _____
Facility Phone: (951) 922-7300
Currently Incarcerated For: 11350(A); 23152(A); 23152(B)

---

**RETURN OF SERVICE**

Executed on _____ by _____

N:\lruiz2\writs\lozano-vargas.writ.wpd
Form Crim-48                                               Revised 11/19/97