# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

v. )

)    Case No:07-CR3415-DMS

)

MARTIN MORALES LOZANO-VARGAS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(XX) Ad Prosequendum                          ( ) Ad Testificandum.

Name of Detainee:    MARTIN MORALES LOZANO-VARGAS

Detained at (custodian):    WARDEN: Smith Correctional Facility

1627 S. Hargrave St. Banning, CA 92220

Detainee is:    a.)    (X) charged in this district by:

(X) Indictment            ( ) Information            ( ) Complaint
Charging Detainee With: _____

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings

or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

Appearance is necessary on **March 7, 2008** at **11:00 a.m** in the courtroom of the **Honorable Dana M. Sabraw**.

I hereby attest and certify on 03/06/08

That the foregoing document is a full, true and correct    Signature: _____
copy of the original on file in my office and in my legal
custody.                                                 Printed Name & Phone No.:  PETER J. MAZZA (619) 557-5528

**CLERK, U.S. DISTRICT COURT**    Attorney of Record for:    UNITED STATES OF AMERICA
**SOUTHERN DISTRICT OF CALIFORNIA**

By_____ Deputy    **WRIT OF HABEAS CORPUS**
(XX) Ad Prosequendum                          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

_____3-6-08_____                          _____
Date                                      United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    Martin Lozano Vargas Morales                        Male X    Female ☐
Booking or Fed. Reg. #:    State Booking #200827529/ Fed Reg#                  DOB:    3/25/82
Facility Address:    WARDEN: Smith Correctional Facility                       Race:    H
1627 S. Hargrave St. Banning, CA 92220                                         FBI #: _____
Facility Phone:    (951) 922-7300
Currently Incarcerated For:    11350(A); 23152(A); 23152(B)

---

Executed on_____ by _____    RETURN OF SERVICE    _____

N:\lruiz2\writs\lozano-vargas.writ.wpd
Form Crim-48

Revised 11/19/97