1

2          **UNITED STATES DISTRICT COURT**

3          **SOUTHERN DISTRICT OF CALIFORNIA**

4

5   UNITED STATES OF AMERICA,           )        Case No.: 07CR3415-DMS
                                        )
6              Plaintiff,               )
                                        )
7        v                              )        **CERTIFICATE OF SERVICE**
                                        )
8   ADAN MAGANA Jr. (2),                )
                                        )
9                                       )
              Defendant,                )
10                                      )
   _____ )
11

12  IT IS HEREBY CERTIFIED THAT:

13         I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of

14  age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

15         I am not a party to the above-entitled action. I have caused service of:

16         **Motion for Joinder in Pretrial Motions**

17  on the following parties by electronically filing the foregoing with the Clerk of the District Court

18  using its ECF System, which electronically notifies them.

19             1. Peter Mazza, Assistant United States Attorney

20             2. Counsel for all co-defendants

21         I declare under penalty of perjury that the foregoing is true and correct

22  Executed on March 10, 2008.

23                                               s/Robert C. Schlein
                                                 ROBERT C. SCHLEIN
24

25

26

27

28

                                              1