# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA )
)
v. ) Case No: 07-CR3415-DMS
)
MARTIN MORALES LOZANO-VARGAS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(XX) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee: __MARTIN MORALES LOZANO-VARGAS__
Detained at (custodian): __WARDEN: Smith Correctional Facility__
__1627 S. Hargrave St. Banning, CA 92220__

Detainee is: a.) (X) charged in this district by:
(X) Indictment    ( ) Information    ( ) Complaint
Charging Detainee With: _____

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on __March 24, 2008__ at __11:00 a.m__ in the courtroom of the __Honorable Dana M. Sabraw__.

I hereby attest and certify on __3/10/08__
That the foregoing document is a true copy of the original on file in my office.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Signature: _____
Printed Name & Phone No.: __PETER J. MAZZA (619) 557-5528__
Attorney of Record for: __UNITED STATES OF AMERICA__

## WRIT OF HABEAS CORPUS

(XX) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__3-7-08__
Date

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Martin Lozano Vargas Morales | Male X | Female ☐ |
| Booking or Fed. Reg. #: | State Booking #200807529/ Fed Reg# | DOB: | 3/25/82 |
| Facility Address: | WARDEN: Smith Correctional Facility | Race: | H |
| | 1627 S. Hargrave St. Banning, CA 92220 | FBI #: | |
| Facility Phone: | (951) 922-7300 | | |
| Currently Incarcerated For: | 11350(A); 23152(A); 23152(B) | | |

---
RETURN OF SERVICE

Executed on _____ by _____

# Memorandum



| Subject | Date |
|---|---|
| AUSA Request/Writ of Habeas Corpus | March 7, 2008 |

| To | From |
|---|---|
| STEVE C. STAFFORD<br>United States Marshal<br>United States Marshals Service | PETER J. MAZZA<br>Assistant United States Attorney<br>Lilian Ruiz (619) 557-5734<br>Legal Assistant |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies.

NAME: **MARTIN MORALES LOZANO-VARGAS**

AKA: **MARTIN LOZANO VARGAS MORALES**

DOB or AGE: **3/25/82**    RACE: **H**    SEX: **Male**

BOOKING NO.: **200827529**    BOP No.: _____

FBI NO.: _____

FEDERAL/STATE CHARGES:

Federal Charges: **21:841(a)(1); 18:2 - Possession of Marijuana with Intent to Distribute; Aiding and Abetting**

State Charges: **11350(A); 23152(A); 23152(B)**

CASE NO.: **U.S. v. Christian Maria Rodriguez et al.**

INSTITUTE'S PHONE NO.: FTS **(951) 922-7300**    COMMERCIAL: _____

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.: _____

It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.
**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**