1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave
   Spring Valley, CA 91977
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Martin Morales Lozano Vargas

5

   **UNITED STATES DISTRICT COURT**
6  **SOUTHERN DISTRICT OF CALIFORNIA**
   **(THE HON. DANA M. SABRAW)**
7

8  | UNITED STATES OF AMERICA, | ) | CASE NO.  07cr3415-DMS |
   |---|---|---|
   | Plaintiff, | ) | |
   | | ) | DATE:  May 9, 2008 |
   | v. | ) | TIME:  1:30 p.m. |
   | | ) | |
   | MARTIN MORALES LOZANO VARGAS | ) | CERTIFICATE OF SERVICE |
   | (3), | ) | |
   | Defendant. | ) | |
   | | ) | |

13 **IT IS HEREBY CERTIFIED THAT:**

14     I, Holly Hanover, am a citizen of the United States and am at
15 least 18 years of age.  My business address is 3132 Third Ave.
16 #101, San Diego, CA, 92103.

17     I have cause the service of the Motion for Joinder in the
18 Pretrial Motions on this case.  The following recipients are
19 currently on the list to receive e-mail notices for this case and
20 have thus been served electronically at the following e-mail
21 addresses:

| Name: | E-mail Address: |
|---|---|
| Norma A Aguilar | norma_aguilar@fd.org, aguilarlaw@yahoo.com, diana_sarmiento@fd.org |
| Sylvia A Baiz | sbaiz@sciti.com |
| Peter J Mazza | peter.mazza@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov |

| Robert C Schlein | robert@rcslaw.org, rschlein_2000@yahoo.com |
| Jeremy D Warren | jw@jwarrenlaw.com |

**Respectfully submitted,**

**Dated:  March 31, 2008**         s/ *Holly S. Hanover*
         **Attorney for Mr. Martin Morales Lozano Vargas**
         **E-mail: Netlawyr@aol.com**