```
 1  HOLLY S. HANOVER, Esq.
    California State Bar Number 177303
 2  1016 La Mesa Ave
    Spring Valley, CA 91977
 3  Telephone: (619) 295-1264
    E-Mail: Netlawyr@aol.com
 4  Attorney for Defendant, Mr. Martin Morales Lozano Vargas
 5
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (THE HON. DANA M. SABRAW)

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MARTIN MORALES LOZANO VARGAS (3),<br>    Defendant. | CASE NO. 07cr3415-DMS<br><br>DATE: May 9, 2008<br>TIME: 1:30 p.m.<br><br>CERTIFICATE OF SERVICE |
|---|---|

**IT IS HEREBY CERTIFIED THAT:**

    I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 3132 Third Ave. #101, San Diego, CA, 92103.

    I have cause the service of the Motion to Suppress Statements and delay filing of the Declaration on this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Norma A Aguilar | norma_aguilar@fd.org, aguilarlaw@yahoo.com, diana_sarmiento@fd.org |
| Sylvia A Baiz | sbaiz@sciti.com |
| Peter J Mazza | peter.mazza@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov |

| | |
|---|---|
| Robert C Schlein | robert@rcslaw.org, rschlein_2000@yahoo.com |
| Jeremy D Warren | jw@jwarrenlaw.com |

**Respectfully submitted,**

**Dated:  March 31, 2008**    s/ *Holly S. Hanover*
**Attorney for Mr. Martin Morales Lozano Vargas**
**E-mail: Netlawyr@aol.com**