1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **SOUTHERN DISTRICT OF CALIFORNIA**
10   UNITED STATES OF AMERICA,        )    Criminal Case No. 07-CR-3415-DMS
                                       )
11                 Plaintiff,          )
                                       )
12        v.                           )    **ORDER GRANTING**
                                       )    **REQUEST FOR CONTINUANCE OF**
13                                     )    **SUPPRESSION HEARING**
                                       )
14   CHRISTIAN RODRIGUEZ, et al.,      )
                                       )
15                 Defendant.          )
                                       )
16   _____ )

17        GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue

18   sentencing be GRANTED, and that Defendant's suppression hearing be continued from May 9,

19   2008, at 1:30 p.m. to June 6, 2008, at 1:30 p.m

20   IT IS SO ORDERED.

21

22   DATED:   April 24, 2008

23

24                                    _____

25

26                                    HON. DANA M. SABRAW

27                                    United States District Judge

28