**FREDERICK M. CARROLL**
California State Bar No. 227628
424 F Street, Suite A
San Diego, CA 92101
Telephone: 619-702-3251

Attorney for Mr. Lozano-Vargas

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3415-DMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT MOTION TO CONTINUE** |
| ) | **TRIAL DATE** |
| ) | |
| MARTIN LOZANO-VARGAS, et al, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, **IT IS HEREBY JOINTLY MOVED BY AND AGREED BETWEEN THE PARTIES**, that the trial set for September 8, 2008 at 9:00 a.m. be rescheduled to September 29, 2008 at 9:00 a.m.

**SO STIPULATED.**


Dated:  8/14/08           /s/ Frederick M. Carroll
                          **FREDERICK M. CARROLL**
                          Attorney for Mr. Lozano-Vargas


Dated:  8/14/08           /s/ Norma Aguilar
                          **NORMA AGUILAR**
                          Attorney for Ms. Heredia-Vargas


Dated:  8/14/08           /s/ Peter Mazza
                          **PETER MAZZA**
                          Assistant United States Attorney

**FREDERICK M. CARROLL**
California State Bar No. 227628
424 F Street, Suite A
San Diego, CA 92101
Telephone: 619-702-3251

Attorney for Mr. Lozano-Vargas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3415-DMS |
| Plaintiff, ) | |
| v. ) | |
| ) | DECLARATION OF |
| MARTIN LOZANO-VARGAS, ) | FREDERICK M. CARROLL |
| Defendant. ) | |

I, Frederick M. Carroll, declare under penalty of perjury that:

1.  I am the attorney for Mr. Lozano-Vargas in the above-captioned case and make this declaration in support of a joint motion filed extending the trial set for September 8, 2008 at 9:00 a.m. be rescheduled to September 29, 2008 at 9:00 a.m.

2.  I will be out of the district and unavailable on September 8, 2008. Moreover, I was recently appointed to the case, relieving another attorney, and will require additional time to familiarize myself with the case and fully prepare for trial.

3.  Peter Mazza, Assistant United States Attorney in this matter, was contacted personally on August 14, 2008, and has no objection to the extension of the trial date.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated:   8/14/08            /s/ Frederick M. Carroll
                            FREDERICK M. CARROLL