**CERTIFICATE OF SERVICE**

<u>U.S. v. Martin Lozano-Vargas</u>
Case No. 07CR3415-DMS

    Counsel for Defendant Martin Lozano-Vargas hereby certifies that on this date copies of Defendant's Joint Motion To Continue Trial Date were served electronically upon the following attorneys:

    AUSA, Peter Mazza

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2008, at San Diego, California.

                                                 s/Frederick M. Carroll
                                               Frederick M. Carroll