# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>                              )<br>        v.                    )<br>MARTIN LOZANO-VARGAS, et al, )<br>              Defendants.    ) | CASE NO. 07CR3415-DMS<br>**ORDER** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant MARTIN LOZANO-VARGAS's trial date currently scheduled for September 8, 2008 at 9:00 a.m. be rescheduled to September 29, 2008 at 9:00 a.m..

IT IS SO ORDERED.

DATED:  August 15, 2008

_____
HON. DANA M. SABRAW
United States District Judge